[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-14488
Non-Argument Calendar
_____

D.C. Docket No. 4:14-cr-00082-RH-CAS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BARBARA ANN THOMPSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(January 24, 2017)

Before MARTIN, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Richard A. Greenberg, appointed counsel for Barbara Ann Thompson in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Thompson's convictions and sentences are **AFFIRMED**.